**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**DALE E. BENNINGTON,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　**Case No. 8:12-cv-00323-MSS-AEP**

**LAW FIRM OF SHAPIRO AND FISHMAN,
FARZAD M. MILANI, JILLIAN TEFFT, and
RICHMAN GREER,**

    **Defendants.**
_____/

**ORDER**

**THIS CAUSE** comes before the Court for consideration upon the pro se Plaintiff's Complaint (Dkt. 1) and Affidavit of Indigency, (Dkt. 2) which the Court construes as a motion for leave to proceed in forma pauperis Pursuant to 28 U.S.C. § 1915. On February 17, 2012, United States Magistrate Judge Anthony E. Porcelli issued a Report and Recommendation, recommending that the Plaintiff's "construed motion for leave to proceed in forma pauperis . . . be [denied]." (Dkt. 3) No objection was filed to the Report and Recommendation, and the deadline to do so has passed.

In the Eleventh Circuit, a district judge may accept, reject or modify the magistrate judge's report and recommendation after conducting a careful and complete review of the findings and recommendations. 28 U.S.C. § 636(b)(1); See Williams v. Wainwright, 681 F.2d 732, 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). A district judge "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28

U.S.C. § 636(b)(1)(C). This requires that the district judge "give fresh consideration to those issues to which specific objection has been made by a party." Jeffrey S. v. State Bd. of Educ., 896 F.2d 507, 512 (11th Cir.1990) (quoting H.R. 1609, 94th Cong. § 2 (1976)). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo* and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C); See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993). The district judge reviews legal conclusions *de novo,* even in the absence of an objection. See Cooper-Houston v. Southern Ry., 37 F.3d 603, 604 (11th Cir. 1994).

Upon consideration of the Report and Recommendation, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED** that:

1. The Report and Recommendation (Dkt. 3) is **CONFIRMED** and **ADOPTED** as part of this Order;

2. The Plaintiff's Complaint (Dkt. 1) is **DISMISSED without prejudice;**

3. The Clerk is directed to terminate all motions and to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of March 2012.

/s/ Mary S. Scriven
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any unrepresented party